IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| LINDA PHILLIPS, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| V. | § | No. 3:19-CV-2642-D |
| HCA HEALTHTRUST, | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Plaintiff must file an amended complaint within 14 days of the date of this order. If she fails to do so, or files an amended complaint that fails to state a claim on which relief can be granted, this action will be dismissed.

**SO ORDERED**.

December 17, 2019

SIDNEY A. FITZWATER
SENIOR JUDGE